TRAIN v. DAVIDSON. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) Action by Mary B. Train against George L. Davidson. No opinion. Motion for reargument denied. See 41 N. Y. Supp. 1133, 42 N. Y. Supp. 1133, 43 N. Y. Supp. 1166, and 47 N. Y. Supp. 289.

TRUSTEES OF EXEMPT FIREMEN'S BENEVOLENT FUND OF LONG ISLAND CITY, Respondent, v. EXEMPT FIREMEN'S ASS'N OF LONG ISLAND CITY, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Action by the trustees of the Exempt Firemen's Benevolent Fund of Long Island City against the Exempt Firemen's Association of Long Island City. No opinion. Motion for reargument denied, on the ground that the statutes in question plainly contemplated the collection of the moneys by the city authorities in the first instance. See 48 N. Y. Supp. 1050.

TUSCH v. GERMAN SAV. BANK. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Julia H. Tusch against the German Savings Bank. No opinion. Motion denied. See 48 N. Y. Supp. 221.

VAN BEUREN et al. v. LAZARUS et al. (Supreme Court, Appellate Division, First Department. November 5, 1897.) Action by Elizabeth S. Van Beuren and others against Sarah Lazarus and others. Nelson S. Spencer, for appellants. William Mitchell, for respondents.

PER CURIAM. Judgment affirmed, with costs, upon memorandum in Van Beuren v. Wotherspoon (decided at present term) infra. See 42 N. Y. Supp. 1134.

VAN BEUREN et al., Respondents, v. WOTHERSPOON et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1897.) Action by Elizabeth S. Van Beuren and others against Francis A. Wotherspoon and others. Nelson S. Spencer, for appellants. William Mitchell, for respondents.

PER CURIAM. The referee followed strictly the directions contained in the order made by the appellate division. 42 N. Y. Supp. 404. The value of the lot without the buildings was fixed at $100,000, and the value of the buildings at $15,100. The principle upon which these valuations was made was correct. We cannot assent to the correctness of the views expressed by the appellants' counsel upon this subject. The value of the use and occupation of the premises from the time of the expiration of the lease was fixed at $9,000 per year, which was precisely the amount of rent received by the defendants from their lessees. The judgment should be affirmed, with costs.

VICTORIA PAPER–MILLS CO., Judgment Creditor, v. CASHRIEL, Judgment Debtor. (City Court of New York, General Term. December 11, 1897.) Action by the Victoria Paper-Mills Company against Max Cashriel. Joseph A. Arnold, for appellant. Herman Herst, Jr., for respondent.

PER CURIAM. Appeal from an order directing the testimony taken in supplementary proceedings to be filed by this court. Order appealed from affirmed, with costs.

In re VILLAGE OF PLATTSBURGH. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) In the matter of the application of the taxpayers and freeholders of the village of Plattsburgh for a summary investigation into the financial affairs of the village of Plattsburgh. No opinion. Motion to dismiss the appeal denied, without costs to either party.

WAHLIG et al., Respondents, v. LINNEHAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Charles Wahlig, Martin J. Cassidy, and others against Anna Linnehan and others. No opinion. Judgment affirmed, with costs.

WALDMULLER et al., Respondents, v. BROOKLYN EL. R. CO., et al., Defendants. (UHLMANN, Appellant.) (Supreme Court, Appellate Division, Second Department. December 14, 1897.) Action by John P. Waldmuller and Mary Emily Waldmuller against the Brooklyn Elevated Railroad Company and another. In the matter of the application for leave to implead Frederick Uhlmann, as receiver of the Brooklyn Elevated Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of GOODRICH, P. J., in Re Jacobson (Sup.) 48 N. Y. Supp. 420.

WALES, Appellant, v. SPRING FORREST CEMETERY ASS'N et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Alexander D. Wales against the Spring Forrest Cemetery Association and others. No opinion. Order denying motion to strike from judgment provision for interest upon $750 from July 5, 1895, reversed. Judgment modified by striking therefrom the provision for interest from July 5, 1895, and, as so modified, affirmed, without costs to either party.

WALKER, Respondent, v. BIGELOW et al., Appellants. (City Court of New York, General Term. December 11, 1897.) Action by John R. Walker against Lucius H. Bigelow and others. Thomas Darlington, for appellants. Joseph M. Williams, for respondent.

O'DWYER, J. Judgment and order appealed from affirmed, with costs. CONLAN, J., concurs.

WALSH, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 11, 1897.) Action by James G. Walsh against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

WEED, Respondent, v. BINGHAMTON R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 30, 1897.)